IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
TUCSON DIVISION

| | | |
|---|---|---|
| KYLE VOREIS, | § | |
|     Plaintiff, | § | |
| v. | § | CIVIL ACTION |
| | § | NO. CIV-09-300-TUC- FRZ |
| UNITED STATES OF AMERICA, | § | |
|     Defendant. | § | |

### PLAINTIFF KYLE VOREIS'S EXPERT DISCLOSURES

TO:    UNITED STATES OF AMERICA, Defendant, by and through its attorney of record:

J. Cole Hernandez/Janet Martin
U. S. Attorney's Office
405 W. Congress, Ste. 4800
Tucson, AZ 85701-4050

COMES NOW, KYLE VOREIS, Plaintiff in the above-styled and numbered cause, pursuant to Rule 26(a)(2), of the Federal Rules of Civil Procedure, and serves this, his Expert Disclosures.

RESPECTFULLY SUBMITTED,

**THE ARMSTRONG FIRM**
2600 Old Alice Road, Suite A
Brownsville, Texas 78521
Telephone: (956) 546-5556
Facsimile: (956) 546-0470

R. W. Armstrong, Texas Bar No. 01323500
Federal ID No. 2237
rwa@armstrong-firm.com
R. W. Armstrong, II, Texas Bar No. 24059384
Federal ID No. 884809
rwaii@armstrong-firm.com
Amanda Armstrong, Texas Bar No. 24039774
Federal ID No. 875121
amanda@armstrong-firm.com
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I, hereby certify that a true and correct copy of the foregoing *Plaintiff Kyle Voreis's Expert Disclosures* was on this the 17th day of June 2010, delivered to opposing counsel via certified mail, return receipt requested to-wit:

J. Cole Hernandez/Janet Martin
U. S. Attorney's Office
405 W. Congress, Ste. 4800
Tucson, AZ 85701-4050

_____
R. W. Armstrong
R.W. Armstrong, II
Amanda Armstrong

**PLAINTIFF KYLE VOREIS'S EXPERT DISCLOSURES**

A.    **(1) the expert's name, address and telephone number pursuant to FRCP 26(2)(A)**
Officer Shawn P. Degan, Badge No. 4735
Pima County Sheriff's Department
8999 E. Tanque Verde Road
Tucson, Arizona 85749
Ph. (520) 351-4511

**(2) the subject matter on which the expert will testify pursuant to FRE 702**
Pima County Sheriff's Department officer who investigated the scene of the accident.

**(3) the facts or data upon which expert bases opinions and opinions of the expert pursuant to FRE 703**
Officer Degan is expected to testify as to the causation of the accident, the diagram and accident report he prepared as a result of the accident. He will testify as to this training in accident reconstruction and accident investigation. He will testify as to all investigative documents, notes, memos and photos he took during his investigation of this matter. The police report prepared by Officer Degan was previously provided.

**(4)  if the expert is retained**
This expert is a nonretained testifying expert.

B.    **(1) the expert's name, address and telephone number pursuant to FRCP 26(2)(A)**
Officer Brad W. Judd
Pima County Sheriff's Department
8999 E. Tanque Verde Road
Tucson, Arizona 85749
Ph. (520) 351-4511

**(2) the subject matter on which the expert will testify pursuant to FRE 702**
Pima County Sheriff's Department officer who investigated the scene of the accident.

**(3) the facts or data upon which expert bases opinions and opinions of the expert pursuant to FRE 703**
Officer Judd is expected to testify as to the causation of the accident, the diagram and accident report he prepared as a result of the accident. He will testify as to this training in accident reconstruction and accident investigation. He will testify as to all investigative documents, notes, memos and photos he took during his investigation of this matter. The police report prepared by Officer Judd was previously provided.

**(4)  if the expert is retained**
This expert is a nonretained testifying expert.

**C.**     **(1) the expert's name, address and telephone number pursuant to FRCP 26(2)(A)**
Sgt. J.L. DeCormis, #882
Pima County Sheriff's Department
8999 E. Tanque Verde Road
Tucson, Arizona 85749
Ph. (520) 351-4511

**(2) the subject matter on which the expert will testify pursuant to FRE 702**
Pima County Sheriff's Department officer who investigated the scene of the accident.

**(3) the facts or data upon which expert bases opinions and opinions of the expert pursuant to FRE 703**
Officer DeCormis is expected to testify as to the causation of the accident, the diagram and accident report he prepared as a result of the accident. He will testify as to this training in accident reconstruction and accident investigation. He will testify as to all investigative documents, notes, memos and photos he took during his investigation of this matter. The police report prepared by Officer DeCormis was previously provided.

**(4)  if the expert is retained**
This expert is a nonretained testifying expert.

**D.**     **(1) the expert's name, address and telephone number pursuant to FRCP 26(2)(A)**
Officer Andrew Quevedo, #1799
U. S. Forest Service Law Enforcement
Coronado National Forest-Santa Catalina Ranger District
5700 N. Sabino Canyon Road
Tucson, Arizona 85749
Ph. (520) 749-7728

**(2) the subject matter on which the expert will testify pursuant to FRE 702**
U. S. Forest Service Law Enforcement officer who investigated the scene of the accident.

**(3) the facts or data upon which expert bases opinions and opinions of the expert pursuant to FRE 703**
Officer Quevedo is expected to testify as to the causation of the accident, the diagram and accident report he prepared as a result of the accident. He will testify as to this training in accident reconstruction and accident investigation. He will testify as to all investigative documents, notes, memos and photos he took during his investigation of this matter. The police report prepared by Officer Quevedo was previously provided.

**(4)  if the expert is retained**
This expert is a nonretained testifying expert.

**E.**     **(1) the expert's name, address and telephone number pursuant to FRCP 26(2)(A)**
Mike Watson Hotshot,
Squad Boss USDA Forest Service

U. S. Forest Service Law Enforcement
Tonto National Forest-Pleasant Valley Ranger District
P.O. Box 450, Forest Road 63
Young, Arizona 85554
Ph. (520) 749-7728

**(2) the subject matter on which the expert will testify pursuant to FRE 702**
U. S. Forest Service Law Enforcement officer who investigated the scene of the accident.

**(3) the facts or data upon which expert bases opinions and opinions of the expert pursuant to FRE 703**
Officer Watson is expected to testify as to the causation of the accident, the diagram and accident report he prepared as a result of the accident.  He will testify as to this training in accident reconstruction and accident investigation.  He will testify as to all investigative documents, notes, memos and photos he took during his investigation of this matter.  The police report prepared by Officer Watson was previously provided.

**(4)  if the expert is retained**
This expert is a nonretained testifying expert

F.     **(1) the expert's name, address and telephone number pursuant to FRCP 26(2)(A)**
Boyd Aydelotte
Retired Law Enforcement Officer
USDA Forest Service
Coronado National Forest-Nogales Ranger District
303 Old Tucson Road
Nogales, Arizona 85621
Ph. (520) 761-6013

**(2) the subject matter on which the expert will testify pursuant to FRE 702**
USDA Forest Service Law Enforcement officer who investigated the scene of the accident.

**(3) the facts or data upon which expert bases opinions and opinions of the expert pursuant to FRE 703**
Officer Aydelotte is expected to testify as to the causation of the accident, the diagram and accident report he prepared as a result of the accident.  He will testify as to this training in accident reconstruction and accident investigation.  He will testify as to all investigative documents, notes, memos and photos he took during his investigation of this matter.  The police report prepared by Officer Quevedo was previously provided.

**(4)  if the expert is retained**
This expert is a nonretained testifying expert.

G.     **(1) the expert's name, address and telephone number pursuant to FRCP 26(2)(A)**
EMT's

Rural / Metro Corporation
Emergency Care Providers
And their employees, agents, representatives and custodian of records
P.O. Box 9274
Scottsdale, Arizona 85252

**(2) the subject matter on which the expert will testify pursuant to FRE 702**
These emergency care providers treated Plaintiff for injuries sustained as result of the accident subject of this suit.

**(3) the facts or data upon which expert bases opinions and opinions of the expert pursuant to FRE 703**
The above listed facility, physician and medical personnel will testify as to the care, treatment, physical limitations, reasonable and necessary medical charges, injuries, diagnosis, prognosis , prescribed medications, modalities, and future care for the Plaintiff which arose as a result of this accident.  The general substance and expert's mental impressions and opinions will be contained in their medical records and narratives. However, this expert will testify that the treatment provided was cause by the events of March 8, 2006 and were medically necessary for care and treatment of Plaintiff. The medical records and medical billing were previously provided.

**(4)  if the expert is retained**
This expert is a nonretained testifying expert.

H.      **(1) the expert's name, address and telephone number pursuant to FRCP 26(2)(A)**
PHI Air Medical
And their employees, agents, representatives and custodian of records
2800 N. 44th Street Suite 800
Phoenix, Arizona 85008

**(2) the subject matter on which the expert will testify pursuant to FRE 702**
These emergency care providers treated Plaintiff for injuries sustained as result of the accident subject of this suit.

**(3) the facts or data upon which expert bases opinions and opinions of the expert pursuant to FRE 703**
The above listed facility, physician and medical personnel will testify as to the care, treatment, physical limitations, reasonable and necessary medical charges, injuries, diagnosis, prognosis , prescribed medications, modalities, and future care for the Plaintiff which arose as a result of this accident.  The general substance and expert's mental impressions and opinions will be contained in their medical records and narratives. However, this expert will testify that the treatment provided was cause by the events of March 8, 2006 and were medically necessary for care and treatment of Plaintiff. The medical records and medical billing were previously provided.

**(4)  if the expert is retained**
This expert is a nonretained testifying expert.

**I.**      **(1) the expert's name, address and telephone number pursuant to FRCP 26(2)(A)**
Emergency Care Provider
And their employees, agents, representatives and custodian of records
3130 N. Dodge Blvd.
Tucson, Arizona 85712Lifeline Emergency Air Care

**(2) the subject matter on which the expert will testify pursuant to FRE 702**
These emergency care providers treated Plaintiff for injuries sustained as result of the accident subject of this suit.

**(3) the facts or data upon which expert bases opinions and opinions of the expert pursuant to FRE 703**
The above listed facility, physicians and medical personnel will testify as to the care, treatment, physical limitations, reasonable and necessary medical charges, injuries, diagnosis, prognosis , prescribed medications, modalities, and future care for the Plaintiff which arose as a result of this accident.  The general substance and expert's mental impressions and opinions will be contained in their medical records and narratives. However, this expert will testify that the treatment provided was cause by the events of March 8, 2006 and were medically necessary for care and treatment of Plaintiff. The medical records and medical billing were previously provided.

**(4)  if the expert is retained**
This expert is a nonretained testifying expert.

**J.**      **(1) the expert's name, address and telephone number pursuant to FRCP 26(2)(A)**
Corona Volunteer Fire Dist.
Emergency Care Providers
And their employees, agents, representatives and custodian of records
99 E. Tallahassee
Vail, Arizona 85641

**(2) the subject matter on which the expert will testify pursuant to FRE 702**
These emergency care providers treated Plaintiff for injuries sustained as result of the accident subject of this suit.

**(3) the facts or data upon which expert bases opinions and opinions of the expert pursuant to FRE 703**
The above listed facility, physician and medical personnel will testify as to the care, treatment, physical limitations, reasonable and necessary medical charges, injuries, diagnosis, prognosis, prescribed medications, modalities, and future care for the Plaintiff which arose as a result of this accident.  The general substance and expert's mental impressions and opinions will be contained in their medical records and narratives.

However, this expert will testify that the treatment provided was cause by the events of March 8, 2006 and were medically necessary for care and treatment of Plaintiff. The medical records and medical billing were previously provided.

**(4)  if the expert is retained**
This expert is a nonretained testifying expert.

**K.**      **(1) the expert's name, address and telephone number pursuant to FRCP 26(2)(A)**
Dr. Lisa Truchan, MD
Myles A. Whitfield, PA
University Medical Center
And their employees, agents, representatives and custodian of records
3443 E. Ft. Lowell, Suite 101
Tucson, Arizona 85716

**(2) the subject matter on which the expert will testify pursuant to FRE 702**
These physicians treated Plaintiff for injuries sustained as result of the accident subject of this suit.

**(3) the facts or data upon which expert bases opinions and opinions of the expert pursuant to FRE 703**
The above listed facility, physician and medical personnel will testify as to the care, treatment, physical limitations, reasonable and necessary medical charges, injuries, diagnosis, prognosis , prescribed medications, modalities, and future care for the Plaintiff which arose as a result of this accident.  The general substance and expert's mental impressions and opinions will be contained in their medical records and narratives. However, this expert will testify that the treatment provided was cause by the events of March 8, 2006 and were medically necessary for care and treatment of Plaintiff. The medical records and medical billing were previously provided.

**(4)  if the expert is retained**
This expert is a nonretained testifying expert.

**L.**      **(1) the expert's name, address and telephone number pursuant to FRCP 26(2)(A)**
Dale P. Woolridge, MD
Mary L. Thiessen, MD
The University Physicians ER
And their employees, agents, representatives and custodian of records
P.O. Box 29681
Phoenix, AZ 85038-9681

**(2) the subject matter on which the expert will testify pursuant to FRE 702**
This physician treated Plaintiff for injuries sustained as result of the accident subject of this suit.

**(3) the facts or data upon which expert bases opinions and opinions of the expert pursuant to FRE 703**

The above listed facility, physician and medical personnel will testify as to the care, treatment, physical limitations, reasonable and necessary medical charges, injuries, diagnosis, prognosis , prescribed medications, modalities, and future care for the Plaintiff which arose as a result of this accident.  The general substance and expert's mental impressions and opinions will be contained in their medical records and narratives. However, this expert will testify that the treatment provided was cause by the events of March 8, 2006 and were medically necessary for care and treatment of Plaintiff. The medical records and medical billing were previously provided.

**(4)  if the expert is retained**

This expert is a nonretained testifying expert.

M.      **(1) the expert's name, address and telephone number pursuant to FRCP 26(2)(A)**

Dr. Lisa Truchan, MD
Nicole Gullick, MD
Natalya Faynboym, MD
Healthsouth Southern Arizona Rehabilitation
And their employees, agents, representatives and custodian of records
1921 Hospital Drive
Tucson, Arizona 85704
Ph. (520) 742-2800

**(2) the subject matter on which the expert will testify pursuant to FRE 702**

This physicians treated Plaintiff for injuries sustained as result of the accident subject of this suit.

**(3) the facts or data upon which expert bases opinions and opinions of the expert pursuant to FRE 703**

The above listed facility, physicians and medical personnel will testify as to the care, treatment, physical limitations, reasonable and necessary medical charges, injuries, diagnosis, prognosis , prescribed medications, modalities, and future care for the Plaintiff which arose as a result of this accident.  The general substance and expert's mental impressions and opinions will be contained in their medical records and narratives. However, this expert will testify that the treatment provided was cause by the events of March 8, 2006 and were medically necessary for care and treatment of Plaintiff. The medical records and medical billing were previously provided.

**(4)  if the expert is retained**

This expert is a nonretained testifying expert.

N.      **(1) the expert's name, address and telephone number pursuant to FRCP 26(2)(A)**

Dr. Jeanette Wendt, MD
Northwest NeuroSpecialists PLLC
And their employees, agents, representatives and custodian of records

5860 N. La Cholla Dr. Ste 100
Tucson, AZ 85741

**(2) the subject matter on which the expert will testify pursuant to FRE 702;**
This physician treated Plaintiff for injuries sustained as result of the accident subject of this suit.

**(3) the facts or data upon which expert bases opinions and opinions of the expert pursuant to FRE 703**
The above listed facility, physicians and medical personnel will testify as to the care, treatment, physical limitations, reasonable and necessary medical charges, injuries, diagnosis, prognosis , prescribed medications, modalities, and future care for the Plaintiff which arose as a result of this accident.  The general substance and expert's mental impressions and opinions will be contained in their medical records and narratives. However, this expert will testify that the treatment provided was cause by the events of March 8, 2006 and were medically necessary for care and treatment of Plaintiff. The medical records and medical billing were previously provided.

**(4)  if the expert is retained**
This expert is a nonretained testifying expert.

**O.**    **(1) the expert's name, address and telephone number pursuant to FRCP 26(2)(A)**
Dr. Michael Melton
Melton Chiropractic Clinic
And their employees, agents, representatives and custodian of records
2600 Old Alice Rd. Ste D
Brownsville, TX 78520
Ph. (956) 504-6300

**(2) the subject matter on which the expert will testify pursuant to FRE 702**
This chiropractor treated Plaintiff for injuries sustained as result of the accident subjectof this suit.

**(3) the facts or data upon which expert bases opinions and opinions of the expert pursuant to FRE 703**
The above listed chiropractor will testify as to the care, treatment, physical limitations, reasonable and necessary medical charges, injuries, diagnosis, prognosis, prescribed medications, modalities, and future care for the Plaintiff which arose as a result of this accident.  The general substance and expert's mental impressions and opinions will be contained in their medical records and narratives. However, this expert will testify that the treatment provided was cause by the events of March 8, 2006 and were medically necessary for care and treatment of Plaintiff. The medical records and medical billing were previously provided.

**(4)  if the expert is retained**
This expert is nonretained testifying expert.

**P.**    **(1) the expert's name, address and telephone number pursuant to FRCP 26(2)(A)**
Dr. Lynn Anderson
Valley Day & Night Clinic
And their employees, agents, representatives and custodian of records
1755 E. Price Road
Brownsville, TX 78521
Ph. (956) 546-1000

**(2) the subject matter on which the expert will testify pursuant to FRE 702**
This physician treated Plaintiff for injuries sustained as result of the accident subject of this suit.

**(3) the facts or data upon which expert bases opinions and opinions of the expert pursuant to FRE 703**
The above listed facility, physicians and medical personnel will testify as to the care, treatment, physical limitations, reasonable and necessary medical charges, injuries, diagnosis, prognosis, prescribed medications, modalities, and future care for the Plaintiff which arose as a result of this accident.  The general substance and expert's mental impressions and opinions will be contained in their medical records and narratives. However, this expert will testify that the treatment provided was cause by the events of March 8, 2006 and were medically necessary for care and treatment of Plaintiff. The medical records and medical billing were previously provided.

**(4)  if the expert is retained**
This expert is nonretained testifying expert.

**Q.**    **(1) the expert's name, address and telephone number pursuant to FRCP 26(2)(A)**
Dr. Curtis D. Maynard, MD
And his employees, agents, representatives and custodian of records
3415 North 23RD ST
McAllen, TX 78501
Ph. (956) 682-8200

**(2) the subject matter on which the expert will testify pursuant to FRE 702**
This physician treated Plaintiff for injuries sustained as result of the accident subject of this suit.

**(3) the facts or data upon which expert bases opinions and opinions of the expert pursuant to FRE 703**
The above listed facility, physicians and medical personnel will testify as to the care, treatment, physical limitations, reasonable and necessary medical charges, injuries, diagnosis, prognosis, prescribed medications, modalities, and future care for the Plaintiff which arose as a result of this accident.  The general substance and expert's mental impressions and opinions will be contained in their medical records and narratives. However, this expert will testify that the treatment provided was cause by the events of

March 8, 2006 and were medically necessary for care and treatment of Plaintiff. The medical records and medical billing were previously provided.

**(4)  if the expert is retained**
This expert is nonretained testifying expert.

R.    **(1) the expert's name, address and telephone number pursuant to FRCP 26(2)(A)**
Dr. John C. Krusz, MD
Anodyne Headache & PainCare
And their employees, agents, representatives and custodian of records
5446 Glen Lakes Dr.
Dallas, TX 75231
Ph.  (214) 750-6664

**(2) the subject matter on which the expert will testify pursuant to FRE 702**
This physician prepared a report as to his opinion on the neurological and physiological implications of the injuries sustained by Plaintiff as a result of the collision the subject of this suit including continuing cognitive and physical impairment and the future care needed.  Attached as *Exhibit A* and incorporated by reference is the written, signed report of Dr. Krusz which contains a complete statement of all his opinions and the bases and reasons for them, the data considered in the forming of the opinion, any exhibits to support the opinion, his resume, publications, prior testimony and compensation.

**(3) the facts or data upon which expert bases opinions and opinions of the expert pursuant to FRE 703**
The above listed physicians and medical personnel will testify as to the care, treatment, physical limitations, reasonable and necessary medical charges, injuries, diagnosis, prognosis, prescribed medications, modalities, and future care for the Plaintiff which arose as a result of this accident. This expert will testify that the treatment provided was cause by the events of March 8, 2006 and was medically necessary for care and treatment of Plaintiff.  The general substance and expert's mental impressions and opinions are based on the facts and data as presented in his report as attached.

**(4)  if the expert is retained**
This expert is a retained testifying expert.

S.    **(1) the expert's name, address and telephone number pursuant to FRCP 26(2)(A)**
Dr. William Bruce Jones, Ph. D.
Neuropsychology Associates of Dallas
And their employees, agents, representatives and custodian of records
12820 Hill Crest Ste 118
Dallas, TX 75230
Ph. (972) 243-1666

**(2) the subject matter on which the expert will testify pursuant to FRE 702**

This neuropsychologist prepared a report as to his opinion on the cognitive and emotional implications of the injuries sustained by Plaintiff as a result of the collision the subject of this suit including continuing cognitive and emotional impairment and the future care needed.  Attached as *Exhibit B* and incorporated by reference is the written, signed report of Dr. Jones which contains a complete statement of all his opinions and the bases and reasons for them, the data considered in the forming of the opinion, any exhibits to support the opinion, his resume, publications, prior testimony and compensation.

**(3) the facts or data upon which expert bases opinions and opinions of the expert pursuant to FRE 703**
The above listed physicians and medical personnel will testify as to the care, treatment, physical limitations, reasonable and necessary medical charges, injuries, diagnosis, prognosis, prescribed medications, modalities, and future care for the Plaintiff which arose as a result of this accident. This expert will testify that the treatment provided was cause by the events of March 8, 2006 and was medically necessary for care and treatment of Plaintiff.  The general substance and expert's mental impressions and opinions are based on the facts and data as presented in his report as attached.

**(4)  if the expert is retained**
This expert is a retained testifying expert.

T.      **(1) the expert's name, address and telephone number pursuant to FRCP 26(2)(A)**
Jahan Eftekhar, PHD, PE
J. Eftekhar and Associates
And their employees, agents, representatives and custodian of records
20689 IH 10 West
San Antonio, Texas 78857
Ph. (210) 699-9676

**(2) the subject matter on which the expert will testify pursuant to FRE 702**
Dr. Eftekhar is a reconstruction and safety engineer who prepared a report as to his opinion(s) as the cause of the collision, the subject of this lawsuit.  Attached as *Exhibit C* and incorporated by reference is the written, signed report of Dr. Eftekhar which contains a complete statement of all his opinions, the bases and reasons for them, the data considered in the forming of the opinion, any exhibits to support the opinion, his resume, publications, prior testimony and compensation.

Dr. Eftekhar will testify concerning the reconstruction of the events of March 8, 2006, the safety violation(s) and respective liability in light of Defendants' negligence and precautions that should have been taken which would of have prevented this accident and consequently, Plaintiff's injuries.  Dr. Eftekhar will provide an opinion as to Officer Callard's failure to use ordinary care in the course of his employment and his failure to yield the right of way to Mr. Voreis.  Additionally, Dr. Eftekhar will provide a review and opinion of the testimony proffered by fact witnesses and/or respective expert testimony including but not limited to information provided by Forest Officer Callard,

Forest Officer Quevedo, Sheriff Deputy Degan and others involved in the official investigation and subsequent citation of the same.

**(3) the facts or data upon which expert bases opinions and opinions of the expert pursuant to FRE 703**
Dr. Eftekhar has reviewed all material in the case to date, including but not limited to photographs of the scene taken by both Plaintiff and Defendant, medical records, expert reports where applicable, and has personally inspected the site of the accident, thereby determining independent and corroborating measurements/calculations to form his opinion(s).  The general substance and expert's mental impressions and opinions are based on the facts and data as presented in his report as attached.

**(4) if the expert is retained**
This expert is a retained testifying expert.

U.     **(1) the expert's name, address and telephone number pursuant to FRCP 26(2)(A)**
Dr. John A. Meaney
Rincon Orthopedics
And their employees, agents, representatives and custodian of records
2325 N. Wyatt Dr. Suite 103
Tucson, AZ 85712

**(2) the subject matter on which the expert will testify pursuant to FRE 702**
This physician prepared a report as to his opinion on the orthopedic implications of the injuries sustained by Plaintiff as a result of the collision the subject of this suit including continuing orthopedic impairment and the future care needed.  Attached as *Exhibit D* and incorporated by reference is the written, signed report of Dr. Meaney which contains a complete statement of all his opinions and the bases and reasons for them, the data considered in the forming of the opinion, any exhibits to support the opinion, his resume, publications, prior testimony and compensation.

**(3) the facts or data upon which expert bases opinions and opinions of the expert pursuant to FRE 703**
The above listed physicians and medical personnel will testify as to the care, treatment, physical limitations, reasonable and necessary medical charges, injuries, diagnosis, prognosis, prescribed medications, modalities, and future care for the Plaintiff which arose as a result of this accident. This expert will testify that the treatment provided was cause by the events of March 8, 2006 and was medically necessary for care and treatment of Plaintiff.  The general substance and expert's mental impressions and opinions are based on the facts and data as presented in his report as attached.

**(4)  if the expert is retained**
This expert is a retained testifying expert.

V.     **(1) the expert's name, address and telephone number pursuant to FRCP 26(2)(A)**
Dr. Hemant Kudrimoti, M.D.

Department of Neurology
University Medical Center
And their employees, agents, representatives and custodian of records
1501 N. Campbell Ave., RM. 6205
Tucson, Arizona 85724
Ph.   520-626-4551

**(2) the subject matter on which the expert will testify pursuant to FRE 702**
This physician prepared a report as to his opinion on the neurological and physiological implications of the injuries sustained by Plaintiff as a result of the collision the subject of this suit including continuing cognitive and physical impairment and the future care needed.  Attached as *Exhibit E* and incorporated by reference is the written, signed report of Dr. Kudrimoti which contains a complete statement of all his opinions and the bases and reasons for them, the data considered in the forming of the opinion, any exhibits to support the opinion, his resume, publications, prior testimony and compensation.

**(3) the facts or data upon which expert bases opinions and opinions of the expert pursuant to FRE 703**
The above listed physicians and medical personnel will testify as to the care, treatment, physical limitations, reasonable and necessary medical charges, injuries, diagnosis, prognosis, prescribed medications, modalities, and future care for the Plaintiff which arose as a result of this accident. This expert will testify that the treatment provided was cause by the events of March 8, 2006 and was medically necessary for care and treatment of Plaintiff.  The general substance and expert's mental impressions and opinions are based on the facts and data as presented in his report as attached.

**(4)  if the expert is retained**
This expert is a retained testifying expert.

W.     **(1) the expert's name, address and telephone number pursuant to FRCP 26(2)(A)**
Staci L. Schonbrun, PhD., CRC.
Labor Market Consulting Services
1661 N. Swan Rd. Suite 136
Tucson, Arizona 85712
Ph. (520) 881-6160

**(2) the subject matter on which the expert will testify pursuant to FRE 702**
This Labor Consulting and rehabilitation counselor evaluated Plaintiff's existing work skills and employability with regards to any physical and/or psychiatric impairment resulting from the accident that occurred March 8, 2006.  Dr. Schonbrun will testify as to Plaintiff's pre and post injury earning capacity based on her analysis of vocational and medical records. Attached as *Exhibit F* and incorporated by reference is the written, signed report of Dr. Schonbrun which contains a complete statement of all her opinions and the bases and reasons for them, the data considered in the forming of the opinion, any exhibits to support the opinion, her resume, publications, prior testimony and compensation.

**(3) the facts or data upon which expert bases opinions and opinions of the expert pursuant to FRE 703**

The general substance and expert's mental impressions and opinions will be contained in her report as attached.  However, this expert will testify that the injuries caused by this accident have caused loss in Plaintiff's earning capacity and that this loss will be sustained over the remainder of his work life expectancy.

**(4) if the expert is retained**

This expert is a retained testifying expert.

X.     **(1) the expert's name, address and telephone number pursuant to FRCP 26(2)(A)**

Thomas D. McKinnon
2209 East Manor Drive
Gilbert, Arizona 85296
Ph. (480) 558-8870

**(2) the subject matter on which the expert will testify pursuant to FRE 702**

This Economist evaluated Plaintiff's earning capacity loss resulting from the injuries he sustained in the accident that occurred March 8, 2006. The general substance and expert's mental impressions and opinions will be contained in his report.  Dr. McKinnon will testify as to the present value of Plaintiff's loss of earning capacity based upon the pre and post injury earning capacity figures reported by the Labor Market consulting and rehabilitation counselor. Attached as *Exhibit G* and incorporated by reference is the written, signed report of Mr. McKinnon which contains a complete statement of all his opinions and the bases and reasons for them, the data considered in the forming of the opinion, any exhibits to support the opinion, his resume, publications, prior testimony and compensation.

**(3) the facts or data upon which expert bases opinions and opinions of the expert pursuant to FRE 703**

The general substance and expert's mental impressions and opinions will be contained in her report as attached.  However, this expert will testify that the injuries caused by this accident have caused loss in Plaintiff's earning capacity and that this loss will be sustained over the remainder of his work life expectancy.

**(4) if the expert is retained**

This expert is a retained testifying expert.