ANN BIRMINGHAM SCHEEL
Acting United States Attorney
District of Arizona
JANET K. MARTIN
Assistant U.S. Attorney
State Bar No. 006014
J. COLE HERNANDEZ
Assistant U.S. Attorney
Arizona State Bar No. 18802
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
janet.martin@usdoj.gov
cole.hernandez@usdoj.gov
Attorney for Defendant United States

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Kyle Voreis,<br><br>   Plaintiff,<br>   v.<br><br>United States of America,<br><br>   Defendant. | **CV 09-300-TUC-FRZ**<br><br>**NOTICE OF SERVICE OF DEFENDANT'S TWENTY-FOURTH SUPPLEMENTAL DISCLOSURE STATEMENT** |

Defendant, by and through undersigned counsel, herein notifies the Court that on November 14, 2011, it served its Twenty-fourth Supplemental Disclosure Statement on Plaintiff's counsel.

Respectfully submitted this 14th day of November, 2011.

                                                  ANN BIRMINGHAM SCHEEL
                                                Acting United States Attorney
                                                District of Arizona


                                                *s/ J. Cole Hernandez*
                                                JANET K. MARTIN
                                                J. COLE HERNANDEZ
                                                Assistant U.S. Attorney

1  Copy of the foregoing served electronically or by
   other means this 14th day of November, 2011 to:
2
   Ronald W. Armstrong II
3  Amanda F. Armstrong
   R.W. Armstrong & Associates
4  110 Broadway, Suite 550
   San Antonio, TX 78205
5
   Attorneys for Plaintiff
6

7  *s/ Pamela Vavra*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28